UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

T.E. by his mother and legal guardian C.E.,

           Plaintiff,

        -against-

THE CITY OF NEW YORK, SERGEANT ANDREW
MASTRANDE (SHIELD NO. 31675),
LIEUTENANT MICHAEL FLEMING, POLICE
OFFICER HASSAN GHEITH (SHIELD NO. 7404),
POLICE OFFICER MICHAEL CUNNINGHAM
(SHIELD NO. 6113), POLICE OFFICER GREG
EVERT (SHIELD NO. 17783), POLICE OFFICER
JEANETTE FIGUEROA (SHIELD NO. 6040),
POLICE OFFICER COLLEEN CANAVAN (SHIELD
NO. 30094), POLICE OFFICER STEVEN LAST
(SHIELD NO. 31675), POLICE OFFICER STEPHEN
GARDELL (SHIELD NO. 935)

**INFANT COMPROMISE ORDER**

10-CV-00463(FB)(JO)

------------------------------------------------------------------x

Orentstein, U.S.M.J.

       The infant plaintiff, T.E. (d/o/b 10/31/92), by his mother and legal guardian Clara Edison, moves to compromise his claims and settle this action for $55,000. It is hereby,

       ORDERED, that Clara Edison, the mother and legal guardian of T.E., is authorized and empowered to settle her son's claims against defendants herein for the total sum of $55,000, and it is further,

       ORDERED, that defendants pay the law firm of Robert Marinelli $10,000 as compensation for his services, and it is further,

ORDERED, that the balance of said settlement, $45,000 be paid jointly to an officer of TD Bank and Clara Edison to be deposited in that bank in the highest interest bearing account to the credit of T.E., and

ORDERED, that the money be held in that account subject to further court order or until such time as TE reaches the age of 18.

SO ORDERED


Dated:   New York, New York
~~July 28, 2010~~ Sept. 30, 2010


/s/ James Orenstein
_____
U.S.M.J. Orenstein